### C–TC 9TH AVENUE PARTNERSHIP, Plaintiff,

v.

### NORTON COMPANY, Defendant.

### No. 95–CV–1130.

United States District Court,
N.D. New York.

May 17, 1996.

Certilman, Balin, Adler & Hyman, LLP, East Meadow, New York (Michael D. Brofman, of counsel), for Plaintiff.

DeGraff, Foy, Holt–Harris, Mealey & Kunz, LLP, Albany, New York (Robert J. Rock, of counsel), for Defendant.

Arnis Zilgme, Town Attorney, Newtonville, New York (William Nowak, of counsel), for Creditor Town of Colonie.

Cusick, Hacker & Murphy, Latham, New York (David R. Murphy, of counsel), for Creditor Maplewood School District.

### *ORDER*

CHOLAKIS, District Judge.

Presently before the Court is an appeal of the Memorandum–Decision and Order of Bankruptcy Judge Robert E. Littlefield, Jr., dated June 28, 1995, wherein he dismissed

the case of debtor C–TC 9th Avenue Partnership. This Court hereby AFFIRMS for substantially the reasons set forth in Bankruptcy Judge Littlefield's thorough decision regarding the ineligibility of a dissolved partnership to proceed under Chapter 11. *In re C–TC 9th Avenue Partnership*, 193 B.R. 650 (Bankr.N.D.N.Y.1995). Accordingly, that further portion of the decision, based upon a determination that this case was not filed in good faith, need not be considered by this Court.

**IT IS SO ORDERED.**